# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINE DAVID and RODNEY CLURE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANKERS LIFE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendant. | Case No.<br><br>DECLARATION OF KARL W. KINDIG IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL |

I, KARL W. KINDIG, do hereby declare as follows:

1. I am currently the Senior Vice President and Secretary of Bankers Life and Casualty Company ("Bankers" or "Defendant"). I am over the age of 18, have personal knowledge of the matters contained herein, and am able to testify to them if called to do so.

2. Bankers is incorporated under the laws of the state of Illinois. Also, Bankers' principal place of business is in Chicago, Illinois, where its headquarters is located. The Chicago, Illinois headquarters is the actual center of direction, control and coordination of Bankers' operations.

3. The majority of Bankers' administrative functions are also performed in Chicago, Illinois.

///

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of May 2014, at Carmel, Indiana.

KARL W. KINDIG

DECL OF KARL W. KINDIG ISO DEF'S NOT. OF REMOVAL - 2

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300