The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINE DAVID and RODNEY CLURE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANKERS LIFE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendant. | Case No. 2:14-CV-00766-RSL<br><br>[~~PROPOSED~~] ORDER STAYING RULING ON PENDING MOTIONS UNTIL DECEMBER 14, 2017 |

WHEREAS, the parties have filed a Stipulation and Request (ECF No. 110) and good cause appearing:

IT IS HEREBY ORDERED as follows: The Court will stay ruling on all pending motions until at least December 14, 2017, including Plaintiffs' motion for partial summary judgment (ECF No. 95), Defendant's motion for partial summary judgment (ECF No. 97), and Defendant's motions in limine (ECF No. 107).

DATED this 27th day of November, 2017.

_____
THE HONORABLE ROBERT S. LASNIK

[~~PROPOSED~~] ORDER STAYING RULING ON PENDING
MOTIONS UNTIL DECEMBER 14, 2017 - 1
2:14-CV-00766-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

1  Presented by:

2

3  DATED: November 21, 2017                    DATED: November 21, 2017

4

5  s/ Ryan P. Hammond                          s/Adam J. Berger
   Ryan P. Hammond, WSBA #38888                Adam J. Berger, WSBA #20787
6  rhammond@littler.com                        berger@sgb-law.com
   Joanna M. Silverstein, WSBA #38577          Lindsay L. Hahm, WSBA #37141
7  jsilverstein@littler.com                    hahm@sgb-law.com
   LITTLER MENDELSON, P.C.                     Jamal Whitehead, WSBA #39818
8  One Union Square                            whitehead@sgb-law.com
   600 University Street, Suite 3200           SCHROETER GOLDMARK & BENDER
9  Seattle, WA 98101.3122                      810 Third Avenue, Suite 500
   Phone:    206.623.3300                      Seattle, Washington 98104
10 Fax:      206.447.6965                      Tel: (206) 622-8000
                                               Fax: (206) 682-2305
11

12 Attorneys for Defendant                     Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER STAYING RULING ON PENDING
MOTIONS UNTIL DECEMBER 14, 2017 - 2
2:14-CV-00766-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300