The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINE DAVID and RODNEY CLURE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANKERS LIFE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendant. | Case No. 2:14-CV-00766-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY IN LIGHT OF NOTICE OF PRELIMINARY SETTLEMENT** |

Having reviewed the Parties' Stipulated Notice of Preliminary Settlement and Motion To Stay requesting that the Court vacate the scheduling order and stay the case in light of the Parties' preliminary settlement, the Court grants the Stipulated Motion for the good cause shown within and orders as follows:

The current Case Scheduling Order (ECF No. 113) is vacated. All litigation in this action is stayed until the Parties have filed their motion for approval of the settlement or until otherwise notified by the Parties of a need to lift the stay.

IT IS SO ORDERED

DATED this 15th day of January, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

**ORDER GRANTING STIPULATED MOTION TO STAY IN LIGHT OF NOTICE OF PRELIMINARY SETTLEMENT** - 1
2:14-CV-00766-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

Presented by:

DATED: January 15, 2019                    DATED: January 15, 2019

*s/ Ryan P. Hammond*
Ryan P. Hammond, WSBA #38888
rhammond@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone:      206.623.3300
Fax:        206.447.6965

Attorneys for Defendant

*s/ Adam J. Berger*
Adam J. Berger, WSBA #20787
berger@sgb-law.com
Lindsay L. Halm, WSBA #37141
halm@sgb-law.com
Jamal Whitehead, WSBA #39818
whitehead@sgb-law.com
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, Washington 98104
Tel: (206) 622-8000
Fax: (206) 682-2305

Attorneys for Plaintiffs

**ORDER GRANTING STIPULATED MOTION
TO STAY IN LIGHT OF NOTICE OF PRELIMINARY
SETTLEMENT** - 2
**2:14-CV-00766-RSL**

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300